MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00307-JLT-SKO |
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| JORGE YANES, | |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for a trial on April 22, 2025.  Dkt. 46. Time was previously excluded until the trial date. Dkt. 46.

2.     By this stipulation, defendant now moves to vacate the trial as to Jorge Yanes and schedule a change of plea for April 21, 2025.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The Government filed an information in this case and the parties have reached a plea agreement. Dkt. 47 and 48. The parties therefore request to vacate the trial as to Jorge Yanes and schedule a change of plea on April 21, 2025, the earliest available date on the Court's calendar that both parties are available. Time was previously excluded through April 22, 2025.

IT IS SO STIPULATED.

DATED:  February 21, 2025          MICHELE BECKWITH
                                   Acting United States Attorney

                                   By: /s/ *Arin C. Heinz*
                                   ARIN C. HEINZ
                                   Assistant U.S. Attorney


DATED:  February 21, 2025          By: /s/ *Galatea DeLapp*
                                   GALATEA DELAPP
                                   Attorney for Defendant
                                   JORGE YANES


## FINDINGS AND ORDER

IT IS SO ORDERED.

    Dated:   **February 21, 2025**                    _____
                                                      UNITED STATES DISTRICT JUDGE